IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

LINCOLN E. TAYLOR,                    )
                                      )
                Petitioner,           )
                                      )
v.                                    )          No. CIV-05-181-L
                                      )
REGINALD HINES, et al.,               )
                                      )
                Respondents.          )

# O R D E R

This matter is before the court for review of the Report and Recommendation
entered by the Honorable Doyle W. Argo on March 25, 2005, in which he
recommended the petition for mandamus be dismissed on filing.  On April 12, 2005,
petitioner filed  Motion for Relief from Judgment and Order, which the court
construes as his objections to the Report and Recommendation.   In those
objections, petitioner appears to argue that his state sentences were imposed in
violation of the *Ex Post Facto* Clause of the United States Constitution.  Petitioner's
objections, however, do not address the fundamental flaw in his action:  this court
lacks jurisdiction to compel action by state officials.

Having conducted a *de novo* review of the Report and Recommendation,
petitioner's objections thereto and the case file, the court concludes that the well
reasoned and thorough Report and Recommendation should be approved and
adopted in its entirety.  The Request for Order/Mandamus be Issued to Oklahoma

County District Court and/or Order for Nunc Pro Tunc (Doc. No. 1) is DISMISSED

upon filing.  Judgment will issue accordingly.

It is so ordered this 13th day of June, 2005.

TIM LEONARD
United States District Judge